UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LAVERNE WARE,
CATHERINE PANCZYKOWSKI,

                    Plaintiffs,

                                                ORDER
        v.                                           08-CV-720A

CITY OF LACKAWANNA,

                    Defendant.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio , pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 5, 2013, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion to dismiss for failure to prosecute should be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion to dismiss for failure to prosecute is granted.

         The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                                *s/ Richard J. Arcara*
                                               HONORABLE RICHARD J. ARCARA
                                               UNITED STATES DISTRICT JUDGE

DATED: March 25, 2013